**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00365-REB-CBS

DOUGLAS E. MILLER, and
FRANCES ELLEN MILLER, a/k/a F. ELLEN MILLER,

    Plaintiffs,

v.

TIMOTHY M. BUCHHEIT REVOCABLE TRUST,
JON F. BUCHHEIT REVOCABLE TRUST,
JEFFREY J. BUCHHEIT REVOCABLE TRUST,
DOUGLAS P. BUCHHEIT REVOCABLE TRUST,
NICHOLAS J. BUCHHEIT REVOCABLE TRUST,
AMY BUCHHEIT MCCABE REVOCABLE TRUST,
KRISTI A. HAHS REVOCABLE TRUST,
KATE ANN LOUISE BUCHHEIT REVOCABLE TRUST,
RONALD C. UNTERREINER,
HERBERT GRAETZ,
ROBERT E. MOSER,
JOE BULLOCK,
JEFFREY UNTERREINER, CPA, and
BEGLEY YOUNG UNTERREINER & WHITE LLC,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on the **Motion To Dismiss, Stay or Transfer on Behalf of Defendants Ronald C. Unterreiner, Herbert Graetz, Robert E. Moser, Joe Bullock, Jeffrey Unterreinder, CPA and Begley Young Unterreinder & White LLC** [#32] filed April 16, 2013. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.1.

    Dated: April 17, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.