IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-00365-REB-CBS | FTR: CBS A402 |
| Date: May 17, 2013 | Courtroom Deputy: Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| DOUGLAS E. MILLER, *et al.*, | Daniele W. Bonifazi |
| Plaintiffs, | |
| v. | |
| RONALD C. UNTERREINER, *et al.,* | Jonathon D. Bergman |
| | Benjamin B. Strawn |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session: 9:12 a.m.**
Court calls case. Appearances of counsel.

Discussion between the court and the parties regarding the Status Report received 6/3/2013.

**ORDERED:** In light of the filing of the Second Amended Complaint, Defendants' **MOTION to Dismiss on Behalf of Defendants Ronald C. Unterreiner, Herbert Graetz, Robert E. Moser, Joe Bullock, Jeffrey Unterreiner, CPA, and Begley Young Unterreiner & White LLC** [Doc. No. 30, filed 4/16/2013] is **DENIED AS MOOT**.

Discussion regarding the claims and counterclaims of the case in Missouri and how they are similar to or differ from the claims in this court. Discussion regarding the named parties of that lawsuit and status of that case.

Discussion regarding the issue of venue and the pending motions that are before District Judge Blackburn.

HEARING CONCLUDED.   **Court in recess**: **9:32 a.m.**   Total time in court: 00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.